**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **NANCY DO,** ) | |
| ) | |
| Plaintiff, ) | Case No. SACV 14-441 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| **Acting Commissioner of** ) | |
| **Social Security,** ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that defendant's decision is **reversed,** and the case is **remanded** for further administrative proceedings consistent with the memorandum of decision.

**IT IS SO ORDERED.**

August 19, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge